IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JEROME CLIATT,                    )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )         2:15cv731-MHT
                                  )              (WO)
GOVERNMENT, et al.,               )
                                  )
        Defendants.               )

### JUDGMENT

Based on the representations made by the parties during a telephonic hearing held on the record on October 30, 2015, and pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) The plaintiff's oral and unopposed motion to dismiss without prejudice is granted.

(2) This lawsuit is dismissed in its entirety without prejudice.

(3) The parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

This case is closed.

DONE, this the 2nd day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE